```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF OHIO
                         EASTERN DIVISION
```

In re June, 2016 Settlement Week (June 13-17, 2016)

```
        2:12-cv-0395    2:15-cv-0632    2:15-cv-2735
        2:12-cv-1221    2:15-cv-0779    2:15-cv-2880
        2:13-cv-0367    2:15-cv-0975    2:15-cv-2894
        2:13-cv-0503    2:15-cv-1052    2:15-cv-2917
        2:13-cv-1189    2:15-cv-1381    2:15-cv-2919
        2:14-cv-2313    2:15-cv-2583    2:15-cv-3067
        2:14-cv-2796    2:15-cv-2688    2:16-cv-0062
        2:15-cv-0626    2:15-cv-2702    2:16-cv-0070
        2:15-cv-0630    2:15-cv-2720
```

<u>ORDER</u>

Each of the above cases has been selected for reference to a highly qualified mediator as part of this Court's settlement week procedure.  Counsel for the parties will receive a notice from the undersigned's courtroom deputy setting forth the procedures to be followed in preparing the case for mediation.  Each requirement of that notice is incorporated herein by reference, and the parties are notified that any failure to comply with those requirements which results in the needless expenditure of the resources of the opposing party, the mediator, or the Court may cause the Court to impose sanctions.

<u>/s/ Terence P. Kemp</u>
United States Magistrate Judge