```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF OHIO
                        EASTERN DIVISION
```

Mark Perkins,

       Plaintiff,                   Case No. 2-13-CV-0367
                                            JUDGE WATSON
   v.                                    Magistrate Judge Kemp

Michael Merrilees, et al.,

       Defendant.

**<u>NOTICE OF SETTLEMENT CONFERENCE</u>**

Under the provisions of **E.D. Order 13-01,** this case is hereby noticed for June, 2016 Settlement Week mediation.

### June 17, 2016 at 3:00 PM

Please **check outside** Room 121, Joseph P. Kinneary U.S. Courthouse, 85 Marconi Boulevard, Columbus, Ohio for **the posting of mediation room assignments.**

The **rules for mediation** are:
1. **Each party** and their **trial attorney** must **attend.**
2. No later than *May 31, 2016*, **plaintiff** must serve a fully documented written **settlement demand** on the mediator and counsel for all other parties.
3. No later than *June 7, 2016*, defendant must make a reasoned written **response** served on all counsel and the mediator.
4. All settlement discussions shall be subject to Federal Evidence Rule 408.

*CANCELLATION.* If **all counsel** agree that the case should not be mediated during the June 2016 Settlement Week, they **must** initiate a telephone conference call with Magistrate Judge Kemp [(614) 719-3410] **no later than June 7, 2016**. If the parties disagree on that issue, the party seeking cancellation **must** file a **motion** no later than **June 7, 2016.** The motion must be **supported by a memorandum which complies with E.D. Order 13-01** and **which is served on the client.**

                                        Terence P. Kemp
                                        United States Magistrate Judge

May 10, 2016

                                        */s/Spencer Harris*
                                        Courtroom Deputy (614) 719.3027
                                        spencer_harris@ohsd.uscourts.gov


**Mediator: David Cohen, 2614 Jefferson Estates Ct., Blacklick OH 43004
       614-745-5162,** davidcohenmediation@gmail.com